# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-847

TAMARA WAREKA p/k/a TAMARA WILLIAMS

    Plaintiff,

v.

NATIVE NECTAR BOTANICALS LLC, and
DOES 1 through 10 inclusive, whose true names are unknown.

    Defendants.

---

## NOTICE OF INTERESTED PARTIES

---

Plaintiff, Tamara Wareka p/k/a Tamara Williams ("Tamara Williams"), by and through her undersigned counsel hereby discloses the following interested parties and corporations which may have financial interest in the outcome of this case:

1. Tamara Williams, *Plaintiff and Copyright Holder*

These representations are made to enable the judges of this court to evaluate possible disqualifications or recusal.

1

Plaintiff reserves the right to amend, correct, and update this disclosure statement throughout the pendency of this action.

Dated: March 27, 2024

Respectfully submitted,

**/s/ Theodore Sell**
Theodore Sell, Esq.
Bar No. 44571
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*